# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER**                                                 **PLAINTIFF**

**v.**                                                 **CAUSE NO. 1:19CV246-LG-RHW**

**JOHNATHAN HUNT, et al.**                                                   **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**BEFORE THE COURT** is the [31] Report and Recommendation entered by United States Magistrate Judge Robert H. Walker on October 31, 2019. Judge Walker recommends that the [3] Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Demario Dontez Walker should be denied. Plaintiff has not filed an objection to the Report and Recommendation and the time for filing an objection has expired.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.") In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having conducted the required review, the Court finds that Judge Walker's Report and Recommendation is neither clearly erroneous nor

contrary to law. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [31] Report and Recommendation entered by United States Magistrate Judge Robert H. Walker is **ADOPTED** as the opinion of the Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [3] Motion for Temporary Restraining Order and Preliminary Injunction filed by the plaintiff, Demario Dontez Walker, is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 9th day of December, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE